UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DANIEL HENRIQUEZ**

**V.**                                      **CIVIL ACTION NO. 13-10774-DJC**

**HILLCREST, DAVIDSON, AND ASSOCIATES LLC ET AL**

### <u>SETTLEMENT ORDER OF DISMISSAL</u>

CASPER, D.J.

  The Court having been advised by counsel for the parties that  the above-entitled action has been settled;

  IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

June 18, 2013

/s/ Timothy R. Maynard
-------------------------
Deputy Clerk